## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| WILIAN E BARRERA MOLINA, | ) | Case No. 20-10357-RG |
| Debtor(s) | ) | |
| | ) | BANKRUPTCY JUDGE |
| | ) | ROSEMARY GAMBARDELLA |

### REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (JCP credit card [Last four digit of account:4187]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

>Synchrony Bank
>c/o PRA Receivables Management, LLC
>PO Box 41021
>Norfolk, VA 23541
>Telephone: (877)885-5919
>Facsimile: (757) 351-3257
>E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
January 10, 2020

By: /s/ Valerie Smith

Valerie Smith
c/o PRA Receivables Management, LLC
Senior Manager
PO Box 41021
Norfolk, VA 23541
(877)885-5919

Assignee Creditor: JCP credit card [Last four digit of account:4187]